IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOME DESIGN SERVICES, INC.                                    PLAINTIFF

v.                         No. 3:15-cv-122-DPM

BURCH HOMES, LLC; and
ERIC BURCH, Individually                                      DEFENDANTS

ORDER

I disqualify myself because defendants' lawyer, Richard Lusby, is on my recusal list. The Clerk will reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2015