IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HOME DESIGN SERVICES, INC.**                                                                  **PLAINTIFF**

v.                          **Case No. 3:15-cv-00122 KGB**

**BURCH HOMES, LLC and**
**ERIC BURCH, Individually**                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Home Design Services, Inc.'s notice of settlement (Dkt. No. 22). In the notice, Home Design Services, Inc., represents that this matter has settled and been resolved. As a result, this case is removed from the Court's trial docket for the week of September 19, 2016. The parties indicate a Stipulation of Dismissal will be filed within 30 days after full execution and compliance with the parties' Settlement Agreement.

So ordered this 6th day of September, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge