**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**HOME DESIGN SERVICES, INC.**                                                                   **PLAINTIFF**

v.                                    Case No. 3:15-cv-00122 KGB

**BURCH HOMES, LLC and**
**ERIC BURCH, Individually**                                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiff Home Design Services, Inc.'s stipulation for dismissal with prejudice (Dkt. No. 24). Home Design Services, Inc., represents that this matter has settled and that the entire action, including counter claims and cross claims, should be dismissed with prejudice, with each party to bear its or his own attorneys' fees and costs. For good cause shown, the Court dismisses this action with prejudice with each party to bear its or his own attorneys' fees and costs.

So ordered this 5th day of October, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge